**Debevoise
& Plimpton**

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

June 17, 2019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/21/19
```

Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

*Open Society Justice Initiative v. Central Intelligence Agency, et al.*, No. 19 Civ. 234 (PAE) (BCM); *Open Society Justice Initiative v. Department of Justice, et al.*, No. 19 Civ. 1329 (PAE) (BCM)

**Withdrawal of Attorney**

Dear Judge Engelmayer:

Please be advised that, as tomorrow, I will no longer be employed by the firm of Debevoise & Plimpton LLP, the attorneys for Plaintiff Open Society Justice Initiative in the above-captioned matters. Other Debevoise attorneys have appeared and will continue to represent Plaintiff.

I hereby respectfully request the Court's permission to have my name removed from the Court's dockets and electronic mailing distribution lists. I would be most grateful if Your Honor would approve of my withdrawal by having this letter endorsed so that the clerk may modify and update the Court's records accordingly.

Thank you for your attention to this request.

Respectfully submitted,

*/s/ David J. Sandler*

David J. Sandler

SO ORDERED: 6/21/19

*Paul A. Engelmayer*
Honorable Paul A. Engelmayer, USDJ